```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Leon and Linda DeVisser</u>
<u>and DeVisser Properties, LLC</u>

    v.                                Civil No. 03-cv-479-JD

<u>Koji Goto, et al.</u>

                                   <u>O R D E R</u>

The bankruptcy court issued a notice in November of 2004 that defendant Koji Goto had initiated a bankruptcy case which imposed a stay on all proceedings against him.  This court then issued an order that the case here against Goto was stayed pursuant to 11 U.S.C. § 362.  Despite the stay, however, the case has remained on the trial schedule and a final pretrial conference is scheduled for September 9, 2005.

Because of the final pretrial conference and trial dates, the parties have filed a joint motion for clarification of the stay order.  They point out that due to the stay no further proceedings have occurred in this case so that neither discovery nor motion practice has progressed.  The parties are correct that because the case is stayed, it should have been removed from the trial calendar.

<u>Conclusion</u>

For the foregoing reasons, the parties' joint motion (document no. 60) is granted.  The final pretrial conference is cancelled, and the case will be removed from the trial list.  When the court receives notice that the bankruptcy proceeding has concluded or that the automatic stay has been lifted as to this action, the stay imposed here will be lifted and the case will proceed with a new schedule.

SO ORDERED.

                                                                _____
                                                                Joseph A. DiClerico, Jr.
                                                                United States District Judge

August 18, 2005

cc:   William S. Gannon, Esquire
        Steven M. Gordon, Esquire
        John Paul Kacavas, Esquire
        Arthur W. Perkins, Esquire
        Gregory W. Swope, Esquire