UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Leon and Linda DeVisser</u>
<u>and DeVisser Properties, LLC</u>

    v.                        Civil No. 03-cv-479-JD

<u>Koji Goto, et al.</u>

<u>O R D E R</u>

Proceedings in this case were stayed on November 30, 2004, in response to a notice of bankruptcy filing by defendant Koji Goto. The stay has been lifted by the bankruptcy court, and defendant Daniel Muskat's adversary proceeding has been withdrawn from the bankruptcy court and consolidated with this case. Therefore, the stay imposed in this court on November 30, 2004, is lifted.

The plaintiffs' motion to lift the stay (document no. 63) is terminated. The parties shall file an amended proposed discovery plan **on or before April 14, 2006.**

SO ORDERED.

                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

March 27, 2006
cc:  William S. Gannon, Esquire
     Steven M. Gordon, Esquire
     John Paul Kacavas, Esquire
     Lucy J. Karl, Esquire
     Geraldine L. Karonis, Esquire
     Arthur W. Perkins, Esquire
     Gregory W. Swope, Esquire
     Clerk, USBC-NH