UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Muskat</u>

        v.                                         Civil No. 03-cv-479-JD

<u>Koji Goto</u>

## <u>O R D E R</u>

     I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 19, 2007 for the reasons stated therein, no objection having been filed. The Motion for Default Judgment is granted.

     SO ORDERED.

August 7, 2007                                 /s/Joseph A. DiClerico, Jr._____
                                                            Joseph A. DiClerico, Jr.
                                                            United States District Judge

cc:    Gregory W. Swope, Esq.
        Koji Goto, pro se